CHARLES J. WISCH, SBN 68050
LAW OFFICES OF CHARLES J. WISCH
425 California Street, 17th Floor
San Francisco, California 94104
Tel (415) 788-1945
Fax (415) 788-1948
cjwisch@wischlaw.com

Attorneys for Plaintiff Isabelle Zaparolli

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ISABELLE ZAPAROLLI,

    Plaintiff,

vs.

U.S. AIRWAYS, INC.,

    Defendant.

Case No. 3:14-cv-01330-JCS

VOLUNTARY DISMISSAL WITHOUT PREJUDICE [Fed.R.Civ.P. 41]

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), by stipulation of the parties this action is dismissed without prejudice.

Dated: May 8, 2014

LAW OFFICES OF CHARLES J. WISCH

By _____
Charles J. Wisch
Attorneys for Plaintiff Isabelle Zaparolli

Dated: May 8, 2014

JACKSON LEWIS P.C.

_____
Fraser A. McAlpine
Attorneys for Defendant US Airways, Inc.

Dated: 5/12/14

IT IS SO ORDERED
Judge Joseph C. Spero

1219.101

VOLUNTARY DISMISSAL WITHOUT PREJUDICE